# United States District Court

WESTERN DISTRICT OF WASHINGTON

Pauline W. Aldrich

        v.

Michael J. Asture

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5475RBL

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Court adopts the Report and Recommendation.

2. The matter is therefore REMANDED to the administration for further consideration.

February 11, 2009

BRUCE RIFKIN
Clerk

Jennie L. Patton
Deputy Clerk