**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | | |
|---|---|---|
| PAULINE W. ALDRICH, | ) | |
| | ) | |
| Plaintiff, | ) | NO.   C08-5475RBL |
| | ) | |
| vs. | ) | **STIPULATED ORDER** |
| | ) | **FOR ATTORNEY'S FEES, COSTS** |
| MICHAEL J. ASTRUE, | ) | **AND EXPENSES UNDER EQUAL** |
| Commissioner of Social Security, | ) | **ACCESS TO JUSTICE ACT** |
| | ) | |
| Defendant, | ) | |
| _____ | ) | |

   The parties, acting through the respective counsel, hereby stipulate to entry of judgment against Defendant in favor of Joseph B. Lavin, attorney for Plaintiff, in the amount of $3,671.20 as reasonably incurred attorney's fees; and expenses of $54.83, pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412.  Defendant shall pay this judgment to Joseph B. Lavin.

   DATED this 17th day of March, 2009.


_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:


Dated:  March 11, 2009          s/Joseph B. Lavin_____
                                **JOSEPH B. LAVIN, W.S.B.A. #11680**
                                **Attorney for Plaintiff**

Dated:  March 11, 2009          s/Joseph B. Lavin_____
                                **FRANCO L. BECIA, W.S.B.A. #26823**
                                **Special Assistant United States Attorney**

                                **(Per Oral Authorization)**

Joseph B. Lavin
Attorney at Law
101 E. Fifth St
Port Angeles, WA 98362
360-457-5763
Fax:  360-457-5919